HENRY G. DAVIS, Respondent, v. VIRGINIA DAVIS, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [Orders (1) granted, in part, defendant's motion for bill of particulars, and (2) denied defendant's motion for further bill.]

KARL FUCHS, Respondent, v. FRIEDRICH FUCHS, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Arbitration between JAXTON CLOTHES CO., INC., Appellant, and CROWN MANUFACTURING COMPANY, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See 280 App. Div. 863.]

NATHAN KAPILOW, Doing Business as N. KAPILOW & CO., Appellant, v. PAUL BORCHARDT, Respondent.— Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of DAISY ROWE, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator of the Temporary State Housing Rent Commission, et al., Respondents, and KEVOL REALTY CORP., Appellant.— Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Probate of the Will of SOPHIE SHANIN, Deceased. GEORGE W. LUBOW et al., Appellants; JENNY GREENBERG, Respondent.— Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 981.]

GEORGE COLON CONTRACTING CORPORATION v. JOSEPH J. MORRISON et al., Constituting the Watertown Housing Authority.— Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ. [See ante, p. 1005.]